[No. 26101-1-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SWEETYE
NAVINE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-8-05088-1, Steven G. Scott, J., entered
October 10, 1990. *Affirmed* by unpublished opinion per
Forrest, J., concurred in by Pekelis and Agid, JJ.

[No. 26913-5-I.   Division One.   April 13, 1992.]

JAMES ADAIR, ET AL, *Appellants*, v. MITCHELL B.
WEINBERG, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-14971-6, Liem E. Tuai, J., entered
August 20, 1990. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Forrest, JJ.

[No. 27463-5-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ARLIE
SERENE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-03132-4, Stephen M. Gaddis, J. Pro Tem.,
entered December 14, 1990. *Affirmed* by unpublished opin-
ion per Pekelis, J., concurred in by Baker and Kennedy, JJ.

[No. 27253-5-I.   Division One.   April 13, 1992.]

SUSAN J. SCHENK, *Appellant*, v. EDWARD K. RYNEARSON,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-12892-6, Ricardo S. Martinez, J., entered
October 12, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Pekelis and Kennedy, JJ.